UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  　　　　　　　　　　　　　　　　　　CHAPTER 13
SCOTT SCHWEDA
SHANNON SCHWEDA  　　　　　　　　　　　CASE NO. 11-85181

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   **Fifth Third Bank**   　　　　　　**Court claim #: 7**

**Last four digits** of any number used to identify the debtor's account: 6559

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $23,756.56 |
| Amount Paid by Trustee | $23,756.56 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☒   Thru the Chapter 13 Plan     ☐   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/2/2016  　　　　　　　　　　　/s/Lydia S. Meyer_____
　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee
　　　　　　　　　　　　　　　　　　　　　308 W. State St., Suite 212
　　　　　　　　　　　　　　　　　　　　　Rockford, IL  61101

Certificate of Service

　　　I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 2ND Day of June, 2016.

Dated:  6/2/2016  　　　　　　　　　　　/s/Cynthia K. Burnard_____

FIFTH THIRD BANK
PO BOX 637640
CINCINNATI, OH 45263-7640

FIFTH THIRD BANK
CUST SERV DEPT./MAIL DROP 1090G1
38 FOUTAIN SQUARE PLAZA
CINCINNATI, OH  45263

FIFTH THIRD MORTGAGE COMPANY
ATTN: BANKRUPTCY DEPT/MD#1MOBBW
5001 KINGSLEY DR
CINCINNATI, OH 45227

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

FIFTH THIRD BANK
ATTN: BANKRUPTCY DEPT MS#RSCB3E
1830 EAST PARIS SE
GRAND RAPIDS, MI 49546

SCOTT SCHWEDA
SHANNON SCHWEDA
838 BIG BEAR TRAIL
CARY, IL  60013

ATTORNEY DAVID CARTER
308 W. STATE ST., SUITE 215
ROCKFORD, IL  61101